[Decided January 26, 1888.]

## JOHN FOUNTAIN v. STEWART LECKIE.

SUPREME COURT PRACTICE—BRIEFS—FAILURE TO FILE JUDGMENT—AFFIRMANCE OF.—Where a plaintiff in error fails and neglects to file and serve a brief, as required by the rules of the Supreme Court, and fails to appear, the judgment of the lower court will be affirmed, with costs, on motion of the defendant in error.

ERROR to the District Court holding terms at Whatcom. Third District.

Motion to affirm judgment for failure of plaintiff in error to file brief.

Per CURIAM.—The defendant in error moves to affirm the judgment in the district court, "for the reason that the plaintiff in error has failed and neglected to file and serve a brief herein as provided by rule 8 of this court." The plaintiff does not appear. Let an order be made affirming the judgment below, with costs in this court.